IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

GEORGE FOWLER and MARILYN POTTER, )
    Plaintiffs, )
) No. 2:10CV0065
) JURY DEMAND
) JUDGE HAYNES
FENTRESS COUNTY, TENNESSEE and )
FRED R. "BUTCH" BLEVINS, in his official )
and individual capacities, )
    Defendants. )

*[Handwritten annotation: "GRANTED. This motion is granted. Will [signature] 8-16-10"]*

### MOTION TO WAIVE APPEARNCE OF LEAD COUNSEL

Come now the plaintiffs, by and through counsel, and would move his Honorable Court to waive the appearance of lead counsel, Michael R. Giaimo, at the initial case management conference. In support of the foregoing, plaintiffs would submit lead counsel, Michael R. Giaimo, has a scheduling conflict for the initial case management. Furthermore, Mr. Giaimo does not desire to delay the initial conference, and co-counsel, R. Luke Chaffin, is willing and able to attend and present the initial case management order and attend to all scheduling matters on behalf of the plaintiffs and Mr. Giaimo.

**WHEREFORE PREMISES CONSIDERED** the plaintiffs, by and through counsel, and would move this Honorable Court to waive the appearance of lead counsel Michael R. Giaimo and allow co-counsel R. Luke Chaffin to appear solely at the initial case management conference.

**RESPECTFULLY SUBMITTED** this **15th** day of **August, 2010**.

                            GEORGE FOWLER & MARILYN POTTER

                            By:   /s Michael R. Giaimo
                            MICHAEL R. GIAIMO, BPR#019394
                            Co-Counsel for the Plaintiffs
                            CHAFFIN, CHAFFIN & GIAIMO