UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| GEORGE FOWLER, et al., | ] | |
|---|---|---|
| Plaintiffs, | ] | |
| v. | ] | No. 2:10-0065 |
| | ] | JUDGE HAYNES |
| FENTRESS COUNTY, TENNESSEE, et al., | ] | |
| Defendants. | ] | |

## ORDER

Before the Court is Defendant Fentress County, Tennessee's motion to dismiss (Docket Entry No. 12), for insufficiency of service of process. Defendant filed a notice to withdraw its motion to dismiss (Docket Entry No. 20) and has filed an answer (Docket Entry No. 21) to the complaint.

Accordingly, the Defendant's motion (Docket Entry No. 12) to dismiss is **DENIED as moot.**

It is so **ORDERED.**

**ENTERED** this the /2 day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge