UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GEORGE FOWLER and MARILYN POTTER, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FENTRESS COUNTY, TENNESSEE and FRED ) <br> R. "BUTCH" BLEVINS, in his official and ) <br> individual capacities ) <br> ) <br> Defendants ) | No. 2:10-0065 <br><br> Judge Haynes |

**JOINT MOTION TO EXTEND DEADLINES AND TRIAL DATE**

*[Handwritten notation: OK but this motion is defective as to the date adopted. Will [signature] set...]*

The parties, by and through undersigned counsel, submit this motion requesting this Honorable Court to extend the current deadlines set forth in this Court's Order (Docket No. 25) for the deadline to complete fact discovery, file dispositive motions, exchange expert witness disclosures and to reset the trial date and all pre-trial court appearances. Pursuant to the latest case management order entered on March 22, 2011, (Docket No. 25) that is currently in place, the deadline to complete fact discovery was May 2, 2011, the deadline for filing dispositive motions is June 1, 2011, the pretrial conference is set for October 7, 2011 and the trial is currently set for October 25, 2011.

The parties respectfully request that this Court grant an extension to take fact and witness depositions until July 8, 2011 and the deadline to file any discovery related motions until July 25, 2011. This parties further respectfully request that the deadline for filing dispositive motions be extended until August 15, 2011, responses to dispositive motions to

FB082641 /